UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KEVIN MICHAEL MORAIS,

Plaintiffs,

v.

TODD BLANCHE, *Acting Attorney General*, *in his official capacity*, et al,[1]

Defendants.

Case No. 26-cv-40003-DHH

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Defendants respectfully move the Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss Plaintiff's amended complaint for failure to state a claim, as further described in the accompanying memorandum of law.

WHEREFORE, Defendants respectfully request that the Court allow this motion and dismiss the amended complaint.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated:  April 17, 2026     By:     */s/ Michael L. Fitzgerald*
MICHAEL L. FITZGERALD
Assistant United States Attorney
U.S. Attorney's Office
1 Courthouse Way, Ste. 9200
Boston, MA 02210
(617) 748-3266
michael.fitzgerald2@usdoj.gov

---

[1] Acting Attorney General Todd Blanche has been automatically substituted for former Attorney General Pamela Bondi.  Fed. R. Civ. P. 25(d).

## **LOCAL RULE 7.1 CERTIFICATION**

I certify that I have conferred with Plaintiff, who opposes the requested relief.

*/s/ Michael L. Fitzgerald*
MICHAEL L. FITZGERALD
Assistant U.S. Attorney

## **CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Michael L. Fitzgerald*
MICHAEL L. FITZGERALD
Assistant U.S. Attorney